AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Leticia Ailin Munoz (2003/US)<br><br>*Defendant(s)* | Case No. 7:25mj1984 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 18, 2025  in the county of  Hidalgo  in the Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 553 | Did knowingly and unlawfully export or attempt to export from the United States, any motor vehicle knowing the same to have been stolen, to wit: a 2025 GMC Sierra 2500 pickup truck |

This criminal complaint is based on these facts:

See Attachment "A"

☒ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez, Jr.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 8/19/25 @ 7:39 a.m.

City and state: McAllen, Texas

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

## Attachment A

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts:

1. On August 18, 2025, HSI agents responded to the Anzalduas Port of Entry in Mission, Texas in reference to a stolen motor vehicle that was attempting to be exported to Mexico. US Customs and Border Protection Officers encountered Leticia Ailin Munoz ("MUNOZ") as the driver of a 2025 GMC Sierra 2500 pickup truck ("GMC").

2. Queries performed on the VIN associated to the GMC showed that it was reported stolen to the McAllen Police Department on August 18, 2025.

3. During a subsequent interview, MUNOZ stated she was hired by an unknown person in Mexico to cross the GMC into Mexico for payment. MUNOZ stated she knew the GMC was stolen.